ym

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 17CR 219 |
| | ) | |
| v. | ) | |
| | ) | Violation: Title 18, United States |
| TREMELL WARE | ) | Code, Section 922(g)(1) |

JUDGE NORGLE

MAGISTRATE JUDGE GILBERT

The SPECIAL DECEMBER 2016 GRAND JURY charges:

On or about October 10, 2016, at Chicago, in the Northern District of Illinois, Eastern Division,

TREMELL WARE,

defendant herein, having previously been convicted of a crime punishable by a term of imprisonment exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, namely, one Glock Model 21 .45 caliber semi-automatic pistol bearing serial number NLZ146, which firearm had traveled in interstate commerce prior to the defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

FILED
APR 04 2017
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

## FORFEITURE ALLEGATION

The SPECIAL DECEMBER 2016 GRAND JURY further alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearm and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a Glock Model 21 .45 caliber semi-automatic pistol bearing serial number NLZ146 and associated ammunition.

A TRUE BILL:

______________________________

FOREPERSON

______________________________

ACTING UNITED STATES ATTORNEY